UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST INSULATION WORKERS WELFARE TRUST, WESTERN STATES INSULATORS AND ALLIED WORKERS PENSION PLAN, WESTERN STATES INSULATORS AND ALLIED WORKERS INDIVIDUAL ACCOUNT PLAN, WESTERN STATES INSULATORS AND ALLIED WORKERS HEALTH AND WELFARE PLAN, LABORMANAGEMENT COOPERATION TRUST, and INSULATION INDUSTRY FUND,<br><br>                Plaintiffs,<br><br>vs.<br><br>THERMAL MECHANICAL INSULATION, LLC, a Montana limited liability company, Montana I.D. No C208363<br><br>                Defendant. | Case No. CV-15-09 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

**JUDGMENT ENTERED IN FAVOR OF PLAINTIFF'S AGAINST DEFENDANT**.

Plaintiffs are entitled to judgment against defendant Thermal Mechanical Insulation, LLC, in the amount of $58,489.1l, which includes $16,314.01 in contributions, $3,730.51 in liquidated damages, $6,618.09 in interest, and $3,485 in audit accounting fees for the audit period of October 1, 2011 through July 31, 2013, and $28,341.50 in attorneys' fees and litigation fees and costs.

Dated this 4th day of November, 2016.

TYLER P. GILMAN, CLERK

By: /s/ A. Carrillo
A. Carrillo, Deputy Clerk